

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00565-CV

Kelly **WALLS**,
Appellant

v.

Daniel **KLEIN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11285
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Daniel Klein, recover his costs of this appeal from appellant, Kelly Walls.

SIGNED July 9, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice